FILED
CLERK, U.S. DISTRICT COURT

APR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID L. COSSAK, | ) | Case No. CV 08-1878-SGL (PJW) |
|---|---|---|
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| SHELDON COHN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying Petitioner's Emergency Petition For Stay Of Sale Of Real Property In Interest And Dismissing Action With Prejudice,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  3-31-08  .

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\COSSAK, D 1878\Judgment.wpd